UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARTHUR PORTER

        Petitioner,               Case No. 1:07-CV-781

v.                                   HON. GORDON J. QUIST

MARY BERGHUIS,

        Respondent.
                             /

### ORDER

The Court has before it the Magistrate Judge's Report and Recommendation entered on November 8, 2007. After considering Petitioner's objections,

**IT IS HEREBY ORDERED** that the Report and Recommendation (docket no. 3) is **APPROVED AND ADOPTED IN PART** and **REJECTED IN PART**. The report is **APPROVED AND ADOPTED** with respect to Petitioner's due process, equal protection, and Eighth Amendment claims. The report is **REJECTED** with respect to Petitioner's First Amendment retaliation claim.

Dated: January 2, 2008                                     /s/ Gordon J. Quist
                                                                        GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE